## Crooke *v.* Wells–Jones Plow Co.

APPEAL from Bessemer City Court.

Tried before the Hon. B. C. JONES.

PINKNEY SCOTT, for appellant.

PORTER & PERRY and O. W. WARD, for appellee.

This was an action of assumpsit, brought by the appellee against the appellant.

There was a judgment in favor of the plaintiff from which the defendant appeals.

The judgment is affirmed.

Opinion by HARALSON, J.